# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSON III, | 1:08-cv-01923-GSA-PC |
| Plaintiff, | ORDER DISMISSING THIS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| WALDEN HOUSE, et al., | (Doc. 7.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Robert Johnson III ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff lodged the original complaint on June 17, 2008, at the United States Court for the Central District of California, and the complaint was filed on July 31, 2008. (Doc. 7.) On December 15, 2008, the case was transferred to the Eastern District of California. (Doc. 16.) On February 13, 2009, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. Local Rule Appendix A(k)(3). (Doc. 20.)

On September 28, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc. 21.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and

2. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 24, 2009**                    /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE